■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH WILLIAMS, Appellant. [726 NYS2d 321] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of rape in the first degree (Penal Law § 130.35 [3]), attempted rape in the first degree (Penal

Law §§ 110.00, 130.35 [3]), and two counts each of sexual abuse in the first degree (Penal Law § 130.65 [3]) and endangering the welfare of a child (Penal Law § 260.10 [1]). We reject his contention that the verdict is against the weight of the evidence. "Great deference is to be accorded to the fact-finder's resolution of credibility issues based upon its superior vantage point and its opportunity to view witnesses, observe demeanor and hear the testimony" (*People v Valencia*, 263 AD2d 874, 876, *lv denied* 94 NY2d 799; *see, People v Bleakley*, 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Onondaga County Court, King, J.— Rape, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Burns, JJ.